**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _Johnson, Anthony c/o 111 East Upsal St. County of Philadelphia_

Address of Defendant: _State of Pennsylvania 16th Floor, Strawberry Sq._ _9119_

Place of Accident, Incident or Transaction: _Harrisburg, Pa. 17103_ _____

---

**RELATED CASE, IF ANY:**

Case Number: _____     Judge: _____     Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes ☐     No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes ☐     No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?     Yes ☐     No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?     Yes ☐     No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _10/20/2021_     _____     _____
                        *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*
                        Must sign here

---

**CIVIL: (Place a √ in one category only)**

**A.     Federal Question Cases:**

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☒ 11. All other Federal Question Cases
       *(Please specify):* _Property Foreclose._

**B.     Diversity Jurisdiction Cases:**

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
       *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____     _____     _____
                          *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*
                          Sign here if applicable

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

ESTATE OF JOHNSON

c/o JOHNSON, Anthony, Beneficiary

CLAIMANT

*(In the space above enter the full name(s) of the plaintiff(s).)*

Complaint
~~NOTICE OF REMOVAL~~

- against -

1. STATE OF PENNSYLVANIA
2. UNITED STATES DEPARTMENT OF HOUSING And URBAN Development, ET AL
3. MARK CUPOULOS dba BRUCHA HOLDINGS REALTY
4. PHILADELPHIA COUNTY, Solicitor
5. BANK OF NEW YORK and JASON YATES, ET AL
6. JAY ROSENBERG, dba Avenue 365 Lender Services
7. JAMES LEONARD, Commissioner of DEEDS
8. Dan EGAN dba NEW PENN Financial, ET AL
9. JOEL Furlos, Interloper dba BRUCHA Holdings Realty, LLC

Jury Trial: ☒ Yes   ☐ No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | Johnson, Anthony |
|---|---|---|
| | Street Address | c/o 111? EAST UPSAL STREET |
| | County, City | COUNTY OF PHILADELPHIA |
| | State & Zip Code | Pennsylvania — USA — 19119 |
| | Telephone Number | |

*Rev. 10/2009*

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1         Name _____
                        Street Address _____
                        County, City _____
                        State & Zip Code _____

Defendant No. 2         Name _____
                        Street Address _____
                        County, City _____
                        State & Zip Code _____

Defendant No. 3         Name _____
                        Street Address _____
                        County, City _____
                        State & Zip Code _____

Defendant No. 4         Name _____
                        Street Address _____
                        County, City _____
                        State & Zip Code _____

*SEE ANNEXED RESPONDENT LIST* (handwritten across defendant section)

## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*
        ● Federal Questions          ● Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ____ *SEE CASE DOCKET* _____
        _____

*Rev. 10/2009*                          - 2 -

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

(Plaintiff(s)) state(s) of citizenship _____ SEE CASE DOCKET

Defendant(s) state(s) of citizenship _____

## III.   Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? STATE OF PENNSYLVANIA and the CITY OF PHILADELPHIA — FR DISTRICT — PHILA

B.   What date and approximate time did the events giving rise to your claim(s) occur? _____
On or ABOUT 01/24/2019

C.   Facts: AVERMENTS IN SUPPORT ARE

ANNEXED IN CASE

DOCKET

SEE ATTACHED

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____ TO BE DETERMINED _____

_____

_____

_____

_____

_____

_____

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

SEE ANNEXED

CASE DOCKET

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _19_ day of _October_ , 20_21_ .

Signature of Plaintiff _____

Mailing Address _%O 1111 EAST UPSAL STREET_
_COUNTY OF PHILADELPHIA_
_PENNSYLVANIA - USA - 19119_

Telephone Number _267.205.6214_

Fax Number *(if you have one)* _____

E-mail Address _amj1060@GMAiL.COM_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____ , 20_____ , I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____N/A_____

Inmate Number _____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

ESTATE OF JOHNSON,
c/o Johnson, Anthony, Beneficiary
**Claimant**

V.

C.R.I.S. # 1909038665/
OPA No. 22-1090900
**Receipt # 485360**
DOC. ID # 51398518, 51398519 & 51398520
DATED  03/14/2006
**RECORDED 03/14/2006**

**NOTICE OF REMOVAL**
Under Protective Order- FRCP Rule 26(c)(A)

JOSH SHAPIRO dba
ATTORNEY GENERAL et al
STATE OF PENNSYLVANIA

**COMPLAINT UNDER DEMURRER FOR**
**WANT OF EQUITY**

Marcia Fudge, Secretary
UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT

Fraudulent Conveyance
Securities Fraud
TAX Fraud

Diane Cortes, Solicitor
PHILADELPHIA  COUNTY, et al

**FEDERAL QUESTION (s)**

Jury Trial Requested   **YES**

Mark Copoulos, dba MARK COPOULOS
A PUBLIC CORPORATION dba
BRUCHA HOLDINGS, LLC

Jay Rosenberg, dba JAY ROSENBERG
A PUBLIC CORPORATION dba
365 Lender Services

Jason Yates dba BANK NEW YORK MELLON
As Trustee for ANTHONY JOHNSON
and SHELLPOINT MORTGAGE, NEW PENN FINANCIAL
and NEW REZ FINANCIAL

**Respondent(s)**

**CLAIMANT'S RIGHTS OF SUBROGATION UNDER EQUITY TO REVOKE INTERLOPERS FROM TRUST PASSING**

### I.      Parties in this Complaint

1. **Plaintiff** is:
   ESTATE OF JOHNSON
   Anthony Johnson, Grantor
   1111 EAST UPSAL STREET
   Pennsylvania 19119
   is the real owner and landlord of the property hereinafter described.

2.   Respondent(s)

D1. **Josh Shapiro**
   Attorney General
   Pennsylvania State
   16TH Floor
   Strawberry Square
   Harrisburg, PA  17120
   Attn: Josh Shapiro

D2 **Jason Yates, Trustee on behalf of ANTHONY JOHNSON**
   Dba Vice President of The BANK OF NEW YORK MELLON
   and SHELLPOINT MORTGAGE, NEW PENN FINANCIAL
   and NEW REZ FINANCIAL and Phelan Hallinan Diamond and Jones
   240 Greenwich Street
   NEW YORK, NY 10286

D3 **MARK COPOULOS,** #Id 311408
   A PUBLIC CORPORATION
   dba BRUCHA REALITYHOLDINGS LLC
   1628 JFK Blvd, Suite 1301
   Philadelphia, PA  19103
   Attn: Mark Copoulos

D4 **Diane Cortes, Solicitor**, dba
   Solicitor for and on behalf of
   **PHILADELPHIA COUNTY**
   1515 Arch Street, Suite 15

Philadelphia, PA 19102
Attn: Diane Cortes


D5. JAMES LEONARD
   **COMMISSIONER OF DEEDS**
   PHILADELPHIA COUNTY
   Dba CITY OF PHILDELPHIA
   Room 154 CITY HALL
   Philadelphia, PA 19103
   Attn: James Leonard

D6. **Marcia Fudge**
   Secretary
   U.S. Department of H.U.D
   451 7th Street, S.W.
   Washington, D.C. 20410
   Attn: Single Family Division Director-Philadelphia Region


D8. **Dan Egan** dba
   CFO for and on behalf
   New Penn Financial Financial, NMLS #3013
   dba New REZ
   1100 Virginia Drive, Suite 125
   Fort Washington, PA 19034
   Attn: Dan Egan


D9. **Joel Furlog**, dba
   Interloper dba BRUCHA REALITY HOLDINGS LLC
   146 Spencer Street, Suite 5010
   Brooklyn, New York 11205
   Attn: Joel Fulong/ Mark Copoulos, Representative


D10 JAY ROSENBERG, Id # 325011
   dba ROSENBERG LPA and AVENUE 365 LENDER Services
   3805 Edwards Road, Suite 420
   Plymouth Meeting, PA 19462


D11. CHARLES Rettig, Commissioner
   Internal Revenue Service
   1111 Constitional Avenue, N.W
   Washington, DC. 20002

**TO THE CLERK OF COURT**, kindly enter the following:

This "Claim under Demurrer for Relief Pursuant to *28 U.S.C. § 1651(a)*" is hereby entered by Trustee and Beneficiary Anthony Johnson, aka landlord of the "*subject trust property*" being that of: 1111 East Upsal Avenue, Pennsylvania in the Federal Reserve District (3) in zone 19119; which settled on the Fourteenth day of March in the Year of our Lord Two Thousand and Six, under **I**nstrument *51398518*, *51398519* and *51398520*; rooted in **R**eceipt number 485360, which Plaintiff shall and has a ***duty to forever defend***. Plaintiff submits to this court of Equity, that this action, before this Tribunal, becomes a record by Plaintiff grounded in three prongs; (**1**) as a right to issue a writ of prohibition, (**2**) its right to suborgate for its equity and (**3**) by first hand- grounded facts, under Affidavit; which are clear and indisputable.

Further, Plaintiff avers that its "*subject trust property*" has received several unwarranted *foreclosure* and *writ*s of ejectment under court registry investment docket number # *1909038665*; which Plaintiff submits to this tribunal, were all induced by, (**1**) an invalid summary judgment, if any, (**2**) fraudulent conveyance and (**3**) forged document(s) and;

Therefore, Beneficiary having no adequate alternative means of obtaining the requested relief, presents *its* Petition, request relief and dismissal of all "*prowling purchasers*" and "*Interlopers*" seeking, "collateral and security interest", it doesn't have

right or title to and; Beneficiary names the STATE OF PENNSYLVANIA, et al, Diane

Cortes, Solicitor for PHILADELPHIA COUNTY dba CITY OF PHILADELPHIA, MARK

COPOULOS, JAY ROSENBERG, JASON YATES and The Secretary of UNITED STATES

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, its Agents and

Contractors, et al, as primary Respondents. Beneficiary shall reserve its right to

amend Respondent(s), if any. Plaintiff shall provide its certified statement of his *trust*

*fund account* as mandated by *28 U.S.C. § 1915* and as no contract exist between the

complainant and the Respondent(s) thus complainant and this court is wanton of

jurisdiction and is without personam, subject matter and in rem jurisdiction over the

"subject trust property" and

## II.    Basis of Jurisdiction

This court has plenary power to administer *equity* according to well-settled

principles of *equity* jurisprudence in cases and subject matters under its jurisdiction;

*Turner v. Hostellar, 359 Pa. Super. 167,518 A.2d 833(1986).* Under Rule 3165 "After

execution and return of the writ, if the accused shall reenter into possession, the

Prothonotary, upon Praecipe and affidavit setting forth the facts, filed within (3) years

after the return of the writ on which execution was completed, shall issue a new writ

of possession." This Court also has jurisdiction over this matter pursuant to *35 U.S.C.*

*31* Inclusive with *28 U.S.C 2201* and the uniform Declaratory Judgment Act, *U.S.*

*Code 2201, Chapter 151* of United States Code and *Chapter 85 of Tittle 28 1338* and;

this court has personal jurisdiction over all Respondent(s) because all Respondent(s)

are organized in, residence of and\or have their principal offices in this judicial

district, venue is proper in this court pursuant to *Chapter 87 of Tittle 28* because Respondent(s),

have a regular and established place of business in this Judicial District, defined

in *28 U.S. Code 451*; notwithstanding the Respondents affiliating in and

within the Federal Reserve District and because jurisdiction in Pennsylvania is a creature of the Constitution. A challenge can be raised by any party or by the court *sua sponte*, at any time, even on appeal. Jurisdiction can be challenged at any time, and Jurisdiction, once challenged, cannot be assumed and must be decided. The District Court of Philadelphia County, Pennsylvania cannot rule on its own jurisdiction and;

### (a)  Federal Question

Pursuant to Notice 95-100 H.U.D; Congress pass the Single Family Mortgage Foreclosure Act- (*PL- 103-327; 12 U.S.C 3751-3768*) which clearly states "*all foreclosure actions under the new legislation must be initiated in the name of the Secretary of Housing and Urban Development.*" Aka Marcia Fudge, the Secretary.

Please clarify the above United States Code above?

### (b)  Federal Question

Judgments are VOID on its face; that are procured by fraud; see (*Long v. Shorebank D Corp.), 182 F.3d 548 (C.A.7 III. 1999th*).

### Discovery Control Plan

Plaintiff intends to conduct discovery under FRCP Rule 26(a)(1) and FRCP Rule 26(c) (A).

### III.   AFFADAVIT OF CLAIM

WHEREAS, On 03/14/2006, Grantor aka Landlord made, executed and delivered a *security note* upon the premises hereinafter described to ASSURED LENDING CORPORATION, hereinafter [*borrowers*] which received full consideration under lawful contract and under the covenant; no parts of *Grantor's* original security instrument, hereinafter described as the note, can and will **NOT** be assumed without the written consent of the *Grantor or Guardian of the Covenant*; this Affidavit constitutes NO COUNTY, NO SHERIFF or CORPORATE BODY-POLITIC or INTERLOPERS hereinafter named BRUCHA REALITY HOLDINGS, LLC et al and;

WHEREAS, beneficiary avers for the record, that he is the priority registered holder of the instrument (H105.102) which was conveyed in Pennsylvania; forming a Trust under Federal Home Loan Bank- FRB in the second district (Philadelphia) rooted BANK/STREET Name: JOHNSON with the number *****-1960 aka NAME CONTROL:JOHN; EIN# ***-**-8235;

WHEREAS, beneficiary avers for the record he is the priority registered holder, who conveyed, assigned and pledged *its* security and settled a deed of trust, dated 03/14/2006 on Book (VSC) *** page ***,   in the County of Philadelphia; which recorded under doc id(s)- 51398518, 51398519 and 51398520; being Account No. 22-1090900; being Registry No. 52N6-12 with receipt # 485360   tied to premises in care 1111 East UPSAL Avenue- 19119 and;

WHEREAS, beneficiary avers for the record, he is the registered holder, whom

settled and cleared # ***-**-8235 with the USHUD, Federal Reserve Bank Agency-second District's servicer aka ASSURED LENDING CORPORATION et al dba Agent and Contractor for the United States Department of Housing and Urban Development on MARCH 14th 2006, under security instrument# 1169244888 USN; all other assignments are deemed void and;

WHEREAS, beneficiary avers for the record, on or about September 2021; redemption of full equity from "my alleged abandonment" was requested under the watchful "eye" of the Ecclesiastical official, Rochelle Bilal *dba* Sheriff for PHILADELPHIA COUNTY et al under Court Registry Investment number # 243803; all request were openly denied under C.R.I.S account # 1909038665 and 21097134 and;

WHEREAS, beneficiary avers for the record, that the following Respondent(s) have conspired and deluded my securities and have attempted to bar Beneficiary from its Equity for pecuniary gain; (transcripts can be made available) and;

WHEREAS, the Respondent(s), attached to this matter, are **Josh Shapiro** dba Attorney General, for and on behalf of the STATE OF PENNSYLVANIA et al, **Diane Cortes** dba Solicitor for and on behalf of PHILADELPHIA COUNTY et al, **Mark Copoulos** dba MARK COPOULOS, A Public Corporation and BRUCHA REALITY HOLDINGS LLC, **Jay Rosenberg**, dba JAY ROSENBERG, A Public Corporation, **Marcia Fudge**, dba Secretary for and on behalf of THE UNITED STATES DEPARTMENT OF HOUSING and URBAN DEVELOPMENT, et al, and **Jason Yates**,

dba acting Trustee for ANTHONY JOHNSON et al and as Vice President of The BANK OF NEW YORK MELLON et al, Dan Egan, CFO of SHELLPOINT MORTGAGE, et al; all whom **may** be subject to a fraudulent transfer of "real property" from a Trust; Mark Copoulos, Jason Yates and Jay Rosenberg conspired to *"act out of uniform"* disguised as Anthony Johnson, aka the priority grantor and registered holder by *forging* signatures on legal documents; nothing short of RICO, Securities Fraud, Identity Theft, False claim and Trust Theft by deception and a host of other violations for pecuniary gain and;

WHEREAS, beneficiary avers for the record, that the above claim falls under a "well pleaded complaint rule" (see FRCP 8) and (Friedenthal sec 2.2)

WHEREAS, beneficiary avers for the record, and all any assignment(s) after 03/14/2006, are here and now VOID on its face; that was procured by fraud; see ( ***Long v. Shorebank DCorp., 182F.3d 548 (C.A.7 III. 1999*th**) and;


WHEREAS, beneficiary avers for the record and with any case with respects to the CCP# 1909038665, 21097134 and 243803 that Grantor aka Plaintiff in this instant matter can not be accused as a Defendant or referred to as "OCCUPANT" and any matter pending must be dismissed for lack of subject matter, in personam and in rem jurisdiction and lack of due process {*or course*} of the law. Per the code of Judicial Conduct §2 and §3 the ***J.*** is deemed to know the law and the ***J.*** knowing the law would violate his constitutional duty and would be in perjury of oath if it were to continue which would equate to treason against the Trust to which the plaintiff aka

Beneficiary is with the duty to report to the Governor of the State of Pennsylvania et al and;

**WHEREAS**, a Bond shall be affixed and issued with a **Warranty of Attorney**, and a 4A Federal Fund Wire Transfer to be administered by this agency to "clear the Court Registry Investment docket# 1909038665" and set the record, [E]state to its proper status and restore that which was done in error or malice back to *its* beginning point; Plaintiff invokes a commandment, to forgive all trespassers under the watchful eye of God and his law and;

## IV. AVERMENTS IN SUPPORT

WHEREFORE, [**T**]he undersign, has full authority as sole Beneficial Owner of the "subject trust property", designated representative and Lessor for JOHNSON, Anthony; aka ("assignor") brings this on an  Emergency  basis and under proper cause demonstrated with other "circumstance so grave and compelling that constitutes extraordinary cause justifying this court's immediate intervention", Simpson, 350 Pa. Super. 337,504 A. 2d at 245 citing to Klugman, 198 Pa. Super. At 272, 182 A.2d at 225 and pursuant to  Fraudulent Conveyance of the JOHNSON [E]state;  and to move this court to issue WRIT of REPLEVIN ("order" or "judgment") against BRUCHA REALITY for certain violations of, without limitation, the Foreign Corrupt Practices Act (FCP Act), Racketeer Influenced and Corrupt Organizations (RICO Act); Trafficking of  Persons; Identify Theft; False Claims Act, White Collar Crime , Tax Fraud inclusive without Limitation to, similar provisions with respect to similar fraud; anti-bribery Provisions of the FCPA, now also apply to foreign firms and persons who cause, directly or through agents\instrumentalities thereof, an act in

furtherance of such a Corrupt **payment** to take place within the territory of the United States; casuistry, Money laundering; general abuse. Plaintiff moves this court for a WRIT OF REPLEVIN or Decree and Ordering Immediate Relief involving JOHNSON's Public Trust which has been restrained and usurped by Respondent(s),

WHEREAS, and pursuant to *"Hale v. Henkel" it has been well* established and decided by the united States Supreme Court in 1906. The opinion of the court states: "The "individual" may stand upon "his Constitutional Rights" as a Citizen. He is entitled to carry on his "private" business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. His rights are such as existed by the Law of the Land (Common Law) *"long antecedent"* to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. He owes "nothing" to the public so long as he does not trespass upon their rights". "Henkel, *supra* is binding on all the courts of the United States of America until another Supreme Court case says it isn't. No other Supreme Court case has ever overturned [201 U.S. 43 at 89 (1906)]. None of the various issues has ever been overruled since 1906. It has been cited by the Federal and State Appellate Court systems over 1,600 times.[1] This Beneficiary has never surrendered any rights to *"PENNSYLVANIA"* aka this "state" in exchange for benefits and;

---

[1] *Trinsey v. Pagliaro*, 229 F. Supp. 647 (E.D. Pa. 1964)

WHEREAS, the Beneficiary's law is his family Bible and his status is shown through the seal of his family and the sti[y]le of his Name. Beneficiary says that he is of whom he says he is, a Pennsylvanian, and any other status is rebutted and opposed. Since the Civil War all government in this State has operated within the military occupation territory of the State of Pennsylvania as *de facto* government. There has never been a plebiscite of the people for the restoration of de jure Republican form of government. The corporate status of an individual entering the court is by operation of law automatically assumed by the court unless PRCP Rule 52 counter be given to the rebuttal of such assumptions then made and;

WHEREFORE, because the Court has the burden of proof demonstrating that the Court is with subject matter jurisdiction over the subject matter of the case, in personam jurisdiction over the accused and in rem jurisdiction over [A] defendant. Want of Jurisdiction may not be cured by consent of parties. Because in Trinsey, the court stated that '[s]tatements of counsel in their briefs or argument while enlightening to the Court are not sufficient for purposes of granting a motion to dismiss or summary judgment.' The briefs and pleadings of Mark Copoulos dba MARK COPOULOS, A PUBLIC CORPORATION are insufficient and therefore cannot state a claim upon which relief can be granted because no person exists with first-hand knowledge other than the Grantor, aka Anthony Johnson, to give testimony. The alleged foreclosure was introduced in this matter and is relevant in Pennsylvania through the full faith and credit clause. States must also respect judgments from federal courts to which the State has a process for recognizing and enforcing

judgments, decrees, and orders from the other states and federal courts in the United States and;

WHEREFORE and IN WITNESS WHEREOF, Plaintiff, as Beneficial Owner under State of Pennsylvania, Department of Health, Registrar File No. ******`**** this man be no longer under the corporate veil, is one in the spirit, And hereby, require the court to issue a decree for EQUITY and COLLATERAL ESTOPPEL Pursuant to *35 U.S.C. 315 (e)*; and upon embezzlement of a **security instrument** pursuant to *18 U.S.C. 656*. For these cogent and truthful reasons, and constrained by every obligation of justice, honor, patriotism, religion, and humanity, I do solemnly demur to the subject matter, in personam and in rem jurisdiction, and process and service of process of this court, and requests the judgment of the Court whether he must answer further and prays this demurrer be sustained and the bill {*or complaint*} against him be dismissed with prejudice for the grounds {*or causes*} stated above and if the fell deed is to be consummated, your demurrer must deem and treat it as an act of usurpation and a nullity, by it your demurrer can in no manner whatever be bound. The beneficiary faithfully believes that he is acting within the law of the land {*or, that his decisions and this his Notice of Demurrer comply with the law of the land*}.

## V.    Relief

WHEREAS, and because the Beneficiary's equity has been taken, damaged, or destroyed without his effective consent and such is a violation of United States Const.

at Amendment V and Pennsylvania Const., *respectively* and as such the Beneficiary is not secure in his person, a violation of Art 1 Section 9 Pennsylvania Const. The accused has contacted or acquired 1) the Fund Manager, 2) an affidavit will be forthcoming from the Broker pulling the prospectus, 3) the Internal Revenue Service, 4) the Federal Trade Commission, 5) Office of the Inspector General, 6) Social Security Administration, and 7) Fidelity Investments for reasons of fraud and identity theft. The Beneficiary will be transferring said security {*or funds*} to a trust for further management and administration for his benefit. Beneficiary reserves its right to provide a Prospectus Report for Cause No. 1909038665-BRUCHA REALITY V ANTHONY JOHNSON et al (CCP 1909038665, 21097134 and 243803 [PA]) trading with Fidelity Advisor® Real Estate Fund – CUSIP (N/A) – Amount: $0.000,000.00 within Fidelity® Fund – and other Amounts: as of October 18, 2021

FOR THESE REASONS, Beneficiary requires a Writ of Replevin or Order pertaining to the Fiduciary duties and Rights associated with the operations of the Agency, as Sole Beneficial Owner by Certification to bear assets (INSTRUMENTS) owned through a natural person or SUR-LAST NAME organization, pertaining to its cost or fair market and intrinsic value, beneficiary require all Public Servants under the direction of Josh Shapiro, Attorney General of the STATE OF PENNSYLVANIA including but not limited to Diane Cortes, dba PHILADELPHIA COUNTY Solicitor, Acting Judges; Prosecutors; Foreclosure Commissioners, BRUCHA REALITY HOLDINGS, LLC, MARK COPOULOS et al claiming interest and or persecuting by false claim to put in the record the following;

1. Name of Issuing Party to: 1111 East Upsal Avenue- PA- 19119

2. Delegation of Authority Order;

3. Jurisdiction and Venue;

**4.** Insurance Bond, Dishonesty Bond No. and all other Bonds of suretyship**;**

5. EIN  and FAR numbers

6. All Taxable forms – 1096, 1099, (and all others identifying a taxable event)

### *The Great Charter, The Said (Authorized KJV) Letters Patents is EXPRESSED*

*"Because he hath appointed a day in which he will judge the world in righteousness by that man (female or male) whom he hath ordained; whereof he hath given assurance unto all men in that he hath raised him from the dead, - Acts 17:31 KJV*

*"Far thus saith he the LORD, Ye have sold yourselves for naught: and ye shall be redeemed without money"- Isaiah 52:3*

*"You shall not bear false witness against your neighbor, this principle includes all forms of lying and/or casuistry and likewise deceit, - Exodus 20:16*

THEREFORE "For these cogent and truthful reasons, and constrained by every obligation of justice and honor, I Anthony do here and now solemnly  *affirm*, that I am **NOT** a U.S. citizen. The Beneficiary is neither incorporated nor is he a corporation, nor an individual entity, or property, or a franchise of the federal government. Your affiant is a citizen of heaven, where the Lord Jesus Christ lives. Beneficiary believes in good faith and conscience that he is acting within the law {*or, that his decisions comply with the law*}.

"With sincerity and to all which is respectfully **AFFIRMED"**

Affirmed to and subscribed before this court this _October 19^th_, 2021.

By:_____, Grantor

WHEREFORE and IN WITNESS WHEREOF I,_____

State that One, the undersign affix my seal and signet with endorsement on this ‾19th‾
day
Of ‾October‾ , 20‾21‾

SIGNED, SEALED AND ENDORSED    }    BY: /s/ ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                               }
IN PRESENCE OF:                }        Signer: Johnson, Anthony
                               }        Title: ASSIGNOR
                               }        Without Recourse
                               }        CESTUI QUE USE
                               }
                               }        ALL RIGHTS RESERVED
                               }
                               }
                               }
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ }
              NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Timothy M. Martin, Notary Public
Philadelphia County
My Commission Expires May 10, 2023
Commission Number 1103255

**CCP# 1909038665**

# WARRANT OF ATTORNEY

RECOGNIZING THAT I AM OR TO BE WAIVING CERTAIN IMPORTANT RIGHTS PERTAINING TO NATURAL PERSON **ANTHONY JOHNSON**, PRINCIPAL AND REGISTRAR OF TREASURY FILE NUMBER PA **\*\*\*\*\*\*`19\*\***, SURETY, INCLUDING THE RIGHT FROM PREJUDGMENT NOTICE OF HEARING.

THAT ACCORDANCE WITH law I do hereby empower any attorney of any court of record within the United States of America and in the Several States thereof to appear representing, **PA Registrar of Treasury File No. \*\*\*\*\*`19\*\*** at any time for which I be the Beneficial Owner, with or without declarations filed and whether or not the natural person named be in default, to confess judgment against my person, being **Full Faith and Credit Bond of the United States and in favor of any of the Several States for use in any County, and its assigns, during any term or session of any court of record of any county representing the full amount of a monetary condition of relief set forth from this Warrant of Attorney to Order 4A Fed Fund Transfer Service for all and any costs.**

I understand that any intellectual property from real estate, which I have posted as security in any case, may be leveraged upon to collect the amount confessed. I waive and release any right of inquisition on intellectual property of real estate, voluntarily

condemn it, and authorize any Protonotary upon a Writ of Execution, Replevin, etc. to enter my voluntary combination.  I also agree that any Intellectual Property of Real Estate posted by me in any case may be sold on a Writ of Execution.

I hereby forever waive and release any and all errors which may arise in any proceeding to confess judgment in any case, waive all rights of Stay of Execution, and waive all laws now in force or laws passed in the future which exempt all Royalty Incorporeal property from execution.

Cestui Que Use

Signed, Sealed and Endorsed
In Presence of:

BY _____

Signor: Johnson, Anthony
Title: Lessor/Assignor

Commonwealth of Pennsylvania - Notary Seal
Timothy M. Martin, Notary Public
Philadelphia County
My Commission Expires May 10, 2023
Commission Number 1103255

Sworn to and subscribed
before me this
19 day of October 2021

Registrant for Registered Security(s)
on behalf of the Indenture Trustee -JOHNSON
c/o 111 East Upsal Street-**22-1090900**
Federal Reserve Bank District of Philadelphia
Pennsylvania Republic- USA- 19119

---

TO: THE CLERK OF COURT

## <u>ATTESTATION OF CERTIFICATE OF SERVICE</u>

I, hereby certify and have caused a true and correct copy of the attached NOTICE OF REMOVAL and COMPLAINT UNDER DEMURRER FOR WANT OF EQUITY, Verification and ATTESTATION OF CERTIFICATE OF SERVICE as served on the following by first class United States mail, postage pre-paid on the sent date as indicated below:

**PHILADELPHIA COUNTY**
c/o Diane Cortes, SOLICITOR
1515 Arch Street, Ste 15
Philadelphia County, PA 19102

**Jason Yates**, Acting Fiduciary Trustee
dba Shell Point Mortgage LLC- 1105391
dba Vice President of The Bank of New York
Mellon, P.O. Box 10826
Greenville, SC 29603

**Internal Revenue Service**
**Charles Rettig**, Commissioner
1111 Constitution Avenue, N.W.
Washington, DC 20002

**Dan Egan,** Acting Fiduciary Trustee
CFO, New Penn Financial dba NEW REZ
#3013
1100 Virginia Drive, Suite 125
Fort Washington, PA 19034

**US Housing and Urban Development**
Attn: **Marcia Fudge**, Secretary
451 7th Street, SW
Washington, DC 20410

**Mark Copulous and Joel Furlog** dba
BRICHA REALITY et al
1628 John F. Kennedy Blvd, Ste 1301
Philadelphia, PA 19103
email- Mark.D.Copouloslaw.com

STATE OF PENNSYLVANIA
Attn: **Josh Shapiro**, Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Jay Rosenberg**, dba ROSENBERG LPA
3805 Edwards Road, Ste 420
Plymouth Meeting, PA 19462

CITY OF PHILADELPHIA
Attn: **James Leonard** dba COMMISSIONER
City Hall, Room 154
Philadelphia, PA 19103

**Joel Furlog**, Interloper
BRUCHA HOLDINGS REALITY, LLC
146 Spencer Street, Ste 5010
Brooklyn, New York  19462

Mailed: _____

Date_____

/s/: _____ Registrant
Signature of Reporting Agent for JOHNSON

Registrant for Registered Security(s)
on behalf of the Indenture Trustee-JOHNSON
c/o 111 East Upsal Street-<mark>22-1090900</mark>
Federal Reserve Bank District of Philadelphia
Pennsylvania Republic- USA- 19119

TO: THE CLERK OF COURT

**# Doc Id 51398518,51398519 & 51398520**

## **VERIFICATION**

I, hereby certify and have caused the above Certificate of service et al to be entered upon this court of equity and attest to the accuracy of its content and request(s):

Date: _10/19/2021_

/s/ _____. L.S./ Trustee