IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTATE OF JOHNSON,** *JOHNSON, ANTHONY, BENEFICIARY CLAIMANT*, <br><br> v. <br><br> **STATE OF PENNSYLVANIA, et al.** | **CIVIL ACTION** <br><br> **NO. 21-cv-04597-MMB** |

## ORDER

**AND NOW**, this 10th day of December 2021, the real party in interest is an individual, Anthony Johnson, proceeding *pro se*, and upon consideration of Plaintiff's Motion for Leave to Amend and Supplement and for Joinder of Additional Plaintiffs (ECF No. 10) and Defendants' Motion for Extension of Time to Respond to Plaintiff's Brief (ECF No. 11), it is **ORDERED:**

1. Plaintiff's Motion for Leave to Amend and Supplement and for Joinder of Additional Plaintiffs is **DENIED** because it is without merit and is non-compliant with the Federal Rules of Civil Procedure, the Local Rules of this Court, and this Court's October 26, 2021 Order (ECF No. 5).

2. Defendants' Motion for Extension of Time to Respond to Plaintiff's Brief is **DENIED AS MOOT**.

**IT IS ALSO ORDERED** that Plaintiff's Request (ECF No. 3) and Plaintiff's Praecipe to Amend Respondent(s) and Enter Criminal Complaint and Order (ECF No. 4) are **DENIED** because both filings are without merit and are non-complaint with the Federal Rules of Civil Procedure and the Local Rules of this Court.  Plaintiff is instructed to comply with this Court's October 26, 2021 in its entirety and shall cease from telephone calls to this Court's chambers.

2

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, U.S.D.J.**