# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTATE OF JOHNSON,** *JOHNSON, ANTHONY, BENEFICIARY CLAIMANT*, <br><br> v. <br><br> **STATE OF PENNSYLVANIA, et al.** | **CIVIL ACTION** <br><br> **NO. 21-cv-04597-MMB** |

## ORDER

**AND NOW**, this 14th day of December 2021, upon consideration of Defendant's First Motion to Dismiss for Failure to State a Claim (ECF No. 8), it is **ORDERED** that Defendant's motion is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**, for lack of substantive merit and other reasons.

Accordingly, Plaintiff's Petition for Emergency Stay (ECF No. 14) is hereby **ORDERED DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 21\21-4597 Johnson v. State of Pennsylvania et al\21cv4597 Order Dismissing Complaint.doc